AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

Maurice Lavell Johnson

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV417-105

Nathan Deal et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court entered on August 30, 2017, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Judgment of dismissal with prejudice is hereby entered and this case stands closed.



August 31, 2017
*Date*

Scott L. Poff
*Clerk*

*(By) Deputy Clerk*